Minute Order Form (36/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 3035 | **DATE** | 7/26/2000 |
| **CASE TITLE** | In Re: Mercury Finance Company | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Order On Attorneys' Fees and Expenses With KPMG Peat Marwick LLP.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | JUL 27 2000 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | | /SS |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | 00 JUL 26 PM 5:00 | date mailed notice | |
| EF | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of: ) <br> ) <br> MERCURY FINANCE COMPANY OF ILLINOIS ) <br> ) <br> Consolidated Pretrial Proceeding ) <br> ) <br> ) | Case No. 97 C 3035 <br><br> Hon. Charles R. Norgle, Sr. |

**DOCKETED JUL 27 2000**

## ORDER ON ATTORNEYS' FEES AND EXPENSES
## REGARDING SETTLEMENT WITH KPMG PEAT MARWICK LLP

This matter came before the Court for hearing on June 30, 2000, in connection with the application of the parties for approval of the settlement with Defendant KPMG Peat Marwick LLP (now known as KPMG LLP) ("Peat Marwick"). The Court has granted approval of that settlement and has entered its Order of Final Judgment and Dismissal, dismissing the litigation as to Peat Marwick. In that Order, the Court found that the notice, by mail and publication, directed to the Class concerning the settlement and related matters set forth in the notice was the best notice practicable under the circumstances, provided due and adequate notice of those matters, and fully satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995, and due process. Among other matters, the notice directed to the Class informed the Class of the application of Plaintiffs' Lead Counsel on behalf of Plaintiffs' counsel in the litigation for an award of attorneys' fees and litigation expenses in connection with the Peat Marwick settlement (the "Application for Fees and Expenses") seeking fees not in excess of one-third of the Gross Settlement Fund and expenses as

25027

155

approved by the Court. Class Members were also advised of the procedures for submitting any objections they might have to the Application. The Court has considered the Application for Fees and Expenses and has considered the fairness and reasonableness of the fees and expenses requested, as well as all matters pertaining thereto that were submitted at or in connection with the hearing. On the basis thereof, and on the basis of all the files, records, and proceedings herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Application for Fees and Expenses submitted by Plaintiffs' Lead Counsel is granted and counsel for Plaintiffs and the Class are hereby awarded attorneys' fees in the amount of one-third of the Peat Marwick Gross Settlement Fund (after subtraction of expenses awarded), and expenses in the amount of $992,222.33, together with interest earned thereon at the rate earned by the Settlement Fund until the date of payment. The Court finds that the foregoing awards are fair, reasonable, and appropriate under the circumstances of this litigation and in view of the benefits obtained for the Class, the risks taken, the services provided, and the complexity and difficulty of the case. In accordance with the terms of the Agreement of Settlement with Defendant KPMG Peat Marwick LLP, the amounts awarded may be withdrawn from the Gross Settlement Fund by Plaintiffs' Lead Counsel, who shall determine the allocation and distribution of such amounts among Plaintiffs' counsel in a fashion which, in the opinion of Plaintiffs' Lead Counsel, fairly compensates counsel for their respective contributions to the prosecution of the litigation. Plaintiffs' Lead Counsel shall also determine any reasonable security for repayment that may be required.

2. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

2

25027

3. The Court continues to retain jurisdiction of all matters related to the implementation and administration of the settlement with Peat Marwick, in accordance with the terms of the Settlement Agreement, including but not limited to matters pertaining to Class Members' claims, the distribution of settlement funds pursuant to a plan of distribution, and the resolution of any dispute concerning settlement-related matters.

IT IS SO ORDERED.

DATED: 7-26-00

THE HONORABLE CHARLES R. NORGLE, SR.
UNITED STATES DISTRICT JUDGE