# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 3035 | **DATE** | 9/23/2005 |
| **CASE TITLE** | In Re: Mercury Finance Company of Illinois | | |

**DOCKET ENTRY TEXT:**

Having received notice from Plaintiffs' Lead Counsel that the payments authorized by the November 5, 2004 Stipulation and Final Order Directing Payment of Final Expenses and Distribution of the Remaining Settlement Fund have been made, and pursuant to paragraph (2) thereof, the court file in this matter is hereby closed.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|