UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of:                                )
                                                 )
MERCURY FINANCE COMPANY OF ILLINOIS )            Case No. 97 C 3035
                                                 )
Consolidated Pretrial Proceeding                 )
                                                 )
                                                 )  **ORDER**
                                                 )

Having received notice from Plaintiffs' Lead Counsel that the payments authorized by the November 5, 2004 Stipulation and Final Order Directing Payment of Final Expenses and Distribution of the Remaining Settlement Fund have been made, and pursuant to paragraph (2) thereof, the court file in this matter is hereby closed.

**IT IS SO ORDERED.**

Dated: 9/23, 2005

Charles R. Norgle, Sr.
District Court Judge